No. 594, Misc., October Term, 1955. IN RE FLAS-
PHALER, 351 U. S. 973;

No. 621, Misc., October Term, 1955. HOLLAND *v.*
CAPITAL TRANSIT CO., 351 U. S. 955;

No. 696, Misc., October Term, 1955. BROWN ET AL. *v.*
UNITED STATES, 351 U. S. 986;

No. 703, Misc., October Term, 1955. McKINNEY *v.*
CALIFORNIA, 351 U. S. 968;

No. 716, Misc., October Term, 1955. CARROLL *v.* NEW
YORK, 351 U. S. 969;

No. 726, Misc., October Term, 1955. BINDER *v.* UNITED
STATES, 351 U. S. 969;

No. 733, Misc., October Term, 1955. MAUPIN *v.*
UNITED STATES, 351 U. S. 975;

No. 773, Misc., October Term, 1955. BYRD *v.* ILLINOIS,
351 U. S. 971;

No. 783, Misc., October Term, 1955. DINWIDDIE ET AL.
*v.* BROWN ET AL., 351 U. S. 971;

No. 787, Misc., October Term, 1955. SORBER *v.*
WIGGINS, SUPERINTENDENT, MISSISSIPPI STATE PENI-
TENTIARY, ET AL., 351 U. S. 975; and

No. 791, Misc., October Term, 1955. HOUSTON *v.*
TEXAS, 351 U. S. 975. Petitions for rehearing denied.

No. 547, Misc., October Term, 1955. MAS ET AL. *v.*
OWENS-ILLINOIS GLASS CO., 350 U. S. 1016; and

No. 564, Misc., October Term, 1955. BURNS *v.* UNITED
STATES, 351 U. S. 910. Motions for leave to file second
petitions for rehearing denied.

No. 745, Misc., October Term, 1955. MORNEAU *v.*
UNITED STATES BOARD OF PAROLE, 351 U. S. 972; and

No. 755, Misc., October Term, 1955. HOCKADAY *v.*
UNITED STATES, 351 U. S. 947. Motions for leave to file
petitions for rehearing denied.